

# Warranty and Customer Assurance Program



# PORSCHE

Porsche Aviation Products, Inc.

Rural Route 2, Box 118A, Galesburg, IL 61401
Telephone: 309/342-0800

**EXHIBIT**

A

tabbies

Dockets.Justia.com

# Warranty and Customer Assurance Program

Welcome

Congratulations and welcome to the growing family of Porsche-powered aircraft owners who recognize and appreciate the engineering excellence and advanced technology that place these aircraft in a class by themselves.

The Porsche-powered aircraft you have purchased is one you will be proud to own and fly. The Porsche PFM 3200 powerplant is truly a next generation aircraft engine, providing features that are unavailable in any other general aviation aircraft engine. A single power lever, an electronic ignition system, and automatic fuel injection, to name a few.

The engine in your Porsche-powered aircraft is protected by a program unique to the general aviation aircraft industry — Porsche's PFM 3200 Engine Warranty and Customer Assurance Program. Specific features of Porsche's new engine warranty plan are clearly defined herein. We urge you to read this booklet and familiarize yourself with the details and benefits provided for you by the Porsche engine warranty program.

Again, congratulations! We wish you many years of fun, enjoyment and safe flying in your Porsche-powered aircraft.

# Limited Warranty

Basic
Limited
Warranty

Porsche Aviation Products, Inc. ("Porsche Aviation") warrants each new PFM 3200 NO3 aircraft engine and each new replacement part therefor, sold by it, to be free from defects in material and workmanship appearing within one year or 500 hours, the first to occur, after the date the engine is first operated for use other than necessary flight test and required ferry or delivery flight by the most direct route. Porsche Aviation's obligation under this warranty shall be limited to its choice of repair or replacement, on an exchange basis, of the engine or any part of the engine or the replacement part which Porsche Aviation has determined to its satisfaction to be defective in material or workmanship. Porsche Aviation will reimburse you for the cost of the engine or parts repaired or replaced and will reimburse you for the reasonable cost for labor to repair or replace the defective part in accordance with the Warranty Labor Allowance Schedules published from time to time by Porsche Aviation. Transportation and storage costs of the engine, parts or aircraft are not included.

Any new or remanufactured engines or parts installed during the basic warranty period will be warranted for the remainder of the basic warranty period.

# Limited Warranty

## Conditions of Limited Warranty

Porsche Aviation's obligations under this warranty shall apply only if each of the following conditions have been met:

1. All inspections, maintenance and operating instructions and recommendations contained in the appropriate operator's manuals, maintenance manuals and applicable service bulletins with respect to the engines have been complied with; the maintenance and inspections must have been performed by authorized Porsche Aviation Service Centers who have personnel on staff who have been certified in a Porsche PFM 3200 service training school. For emergency situations where no service center is available, prior approval for repair must be obtained from Porsche Aviation.

2. The performance of recommended inspections and maintenance has been documented by appropriate log book entries. The log book must be made available to Porsche Aviation for each engine or major component being returned for a warranty claim.

3. You provide to Porsche Aviation for inspection all parts you believe are defective in materials or workmanship.

4. Properly completed warranty claims, Porsche Maintenance Forms, and all inspection reports, if requested by Porsche Aviation, are submitted to Porsche Aviation Products, Inc., within 30 days after the service has been performed. This information is required to assure proper credit for the Cost Assurance Program and to keep the total Customer Assurance Program in effect.

## Exclusions

This warranty does not cover the following:

1. Normal maintenance expenses and consumable items such as oil, filters, fluids, hoses, belts, spark plugs and similar maintenance items as well as service adjustments such as tune-ups, inspections, timing and idle speed adjustments;

2. Completion of normal 100 hour inspections and overhauls as specified in the operator's manual and maintenance manuals;

3. Any damage or malfunctions resulting from misuse, neglect, alteration or accident;

4. The improper repair of the engine, any part thereof or any attendant components which, in the judgment of Porsche Aviation, may have adversely affected the condition of the engine;

5. Any damage or malfunctions resulting from or arising out of having used, adjusted, altered, handled, maintained or stored the engine other than as directed in the operator's manual or maintenance manual, and in any way that, in the judgment of Porsche Aviation, adversely affected the condition of the engine;

6. Any damage or malfunctions resulting from or arising out of the operation of the engine beyond factory recommendations such as, but not limited to, operating the engine in excess of the recommended rpm, temperature, manifold pressure, fuel flow, or outside of other recommended system parameters. *(continued)*

Page 2

**Exclusions**

This warranty applies only to the PFM 3200 engine and to parts manufactured or supplied by Porsche Aviation. This warranty shall not apply to and nothing contained herein should be construed as a warranty by Porsche Aviation on any part not manufactured or supplied by Porsche Aviation, including, by way of example but not limitation, any and all accessories, fuel lines up to the engine compartment, cowling, oil tank, engine mount and exhaust system.

**No Other Warranties**

THIS LIMITED WARRANTY IS EXCLUSIVE AND IN LIEU OF ALL OTHER WARRANTIES AND REPRESENTATIONS, EXPRESS OR IMPLIED OR STATUTORY, WHETHER WRITTEN OR ORAL, INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTY OF MERCHANTABILITY, ANY IMPLIED WARRANTY OF FIT-NESS FOR A PARTICULAR PURPOSE, AND ANY OTHER IMPLIED WARRANTY ARISING FROM ANY COURSE OF PER-FORMANCE OR DEALING OR TRADE USAGE. THIS LIMITED WARRANTY IS ALSO IN LIEU OF ANY OTHER OBLIGATION, LIABILITY, RIGHT OR CLAIM, WHETHER IN CONTRACT OR IN TORT, INCLUDING ANY RIGHT IN STRICT LIABILITY IN TORT OR ANY RIGHT ARISING FROM NEGLIGENCE ON THE PART OF PORSCHE AVIATION.

**Limitation of Remedies**

Porsche Aviation's obligations under this limited warranty is limited to the repair or replacement of the defective part or engine, at Porsche Aviation's option. Porsche Aviation may replace the defective engine with a new or remanufactured engine. In no event will Porsche Aviation be responsible for any incidental or consequential damages arising out of any defect in any engine or part, arising out of the failure of any engine or part to operate properly, or arising out of any breach of the warranty made herein, nor shall Porsche Aviation be liable for any other damages, including but not limited to, loss of profits or revenues, loss of use of the engine, cost of a replacement engine, or transportation or substitute charges.

No person is authorized to give any warranty or to assume any additional obligation or liability on behalf of Porsche Aviation. No agreement vary-ing this warranty or Porsche Aviation's obligations under it will be bind-ing upon Porsche Aviation unless in writing signed by a duly authorized representative of Porsche Aviation.

Page 3

# Cost Assurance Program

**Cost Assurance Program**

Porsche Aviation Products, Inc. ("Porsche Aviation") agrees to reimburse the owner of any Porsche PFM 3200 NO3 engine for all Qualified Unscheduled Maintenance Expenditures in excess of $2,500 and incurred by the owner during the time period from the date of the first retail sale to five years after the date of the first retail sale or during the time period from the date of the first retail sale and the attainment of the applicable recommended time between overhaul ("TBO"), the first to occur (hereafter referred to as Qualified Unscheduled Maintenance Expenditures).

Porsche Aviation's obligation under this cost assurance program shall be subject to the following terms and conditions:

1. All inspections, maintenance and operating instructions and recommendations contained in the appropriate operator's manuals, maintenance manuals, and applicable service bulletins with respect to the engine have been complied with; the maintenance and inspections have been performed by authorized Porsche Aviation Service Centers who have personnel on staff that have been certified in a Porsche PFM 3200 service training school. For emergency situations where no service center is available, prior approval for repair must be obtained from Porsche Aviation Products

2. The performance of recommended inspections and maintenance has been documented by appropriate log book entries and the log book is provided to Porsche Aviation upon request.

3. You provide to Porsche Aviation for inspection all parts you believe are defective in materials or workmanship.

4. Properly completed warranty claims, Porsche Maintenance Forms and all inspection reports, if requested by Porsche Aviation are submitted to Porsche Aviation within 30 days after the service has been performed. This information is required to assure proper credit for the Cost Assurance Program and to keep the total Customer Assurance Program in effect.

Qualified Unscheduled Maintenance Expenditures shall be the labor and parts required to perform unscheduled maintenance on the following items: (1) basic engine; (2) propeller gear box; (3) electronic ignition control box; (4) ignition coil; (5) electric fuel pump; (6) alternators; (7) starter and automatic fuel injection systems. For purposes of the Cost Assurance Program, the cost of all parts shall be based upon the lesser of the suggested retail price or actual price paid and the cost of the labor shall be a reasonable labor rate in accordance with the Warranty Labor Allowance Schedules published from time to time by Porsche Aviation.

**Exclusions**

This Cost Assurance Program shall not apply if:

1. The engine damage or failure is caused by damages or malfunctions resulting from the misuse, neglect, alteration or accident: *(continued)*

Page 4

**Exclusions**

2. The engine, any part thereof or any attendant components was improperly repaired and such improper repairs, in the judgment of Porsche Aviation, adversely affected the condition of the engine;

3. The engine incurred damage or malfunctions resulting from or arising out of, having used, adjusted, altered, handled, maintained, or stored the engine other than as directed in the operator's manual or maintenance manuals and in any way that, in the judgment of Porsche Aviation, adversely affected the condition of the engine;

4. The engine incurred damage or malfunctions resulting from or arising out of the operation of the engine beyond factory recommendations such as, but not limited to, operating the engine in excess of the recommended rpm, temperature, manifold pressure, fuel flow, or outside of other recommended system parameters.

This program applies only to the engine and to parts manufactured or supplied by Porsche Aviation. It does not apply to and nothing contained herein should be construed as applying to any part or accessory not manufactured or supplied by Porsche Aviation, including, by way of example but not limitation, any other accessories, fuel lines up to the engine compartment, cowling, oil tank, engine mount and exhaust system.

No person is authorized to assume any additional obligation or liability on behalf of Porsche Aviation. No agreement varying this agreement or Porsche Aviation's obligations under it will be binding upon Porsche Aviation unless in writing signed by a duly authorized representative of Porsche Aviation.

# Guaranteed Exchange
# Remanufactured Engine Price

Subject to the terms and conditions set forth below, Porsche Aviation Products, Inc. ("Porsche Aviation") agrees to provide to the purchaser of an aircraft powered by a Porsche PFM 3200 NO3 engine ("Engine"), a remanufactured engine at the specific prices set forth herein ("Specific Price") at such times as the engine attains the applicable recommended time between overhaul ("TBO").

The Guaranteed Price period shall be ten years from the date of the first retail sale of a new aircraft powered by a Porsche PFM 3200 NO3 engine as reflected in the FAA ownership records. The Specific Price shall be as follows: *(continued)*

Page 5

# Guaranteed Exchange
# Remanufactured Engine Price

1. During the first five year period from the date of the first retail sale of a new aircraft, a price quoted to the owner in writing by Porsche Aviation, ("Guaranteed Base Price") at or about the time of sale;

2. During the sixth through tenth year of ownership, the Guaranteed Base Price shall be the Guaranteed Base Price published on the model engine, forty eight months prior.

The guaranteed exchange remanufactured program is subject to the following conditions and limitations:

1. All inspections, maintenance and operating instructions and recommendations contained in the appropriate operator's manuals, maintenance manuals and applicable service bulletins with respect to the engine have been complied with; the maintenance and inspections must have been performed by authorized Porsche Aviation Service Centers who have personnel on staff who have been certified in a Porsche PFM 3200 service training school. For emergency situations where no service center is available, prior approval for repair must be obtained from Porsche Aviation.

2. The performance of recommended inspections and maintenance has been documented by appropriate log book entries. The log book must be made available to Porsche Aviation for each engine or major component thereof.

3. You provide to Porsche Aviation for inspection all parts requested by Porsche Aviation.

4. The owner has fully complied with all warranty conditions throughout the term of the warranty, and provides to Porsche Aviation all Porsche Maintenance Forms and inspection reports requested by Porsche Aviation within 30 days after any service, under the Cost Assurance Progam, has been performed.

**Exclusions**

This guaranteed exchange program shall not apply if:

1. The engine damage or failure is caused by damages or malfunctions resulting from the misuse, neglect, alteration or accident;

2. The engine, any part thereof or any attendant components was improperly repaired and such improper repairs, in the judgment of Porsche Aviation, adversely affected the condition of the engine;

3. The engine incurred damage or malfunctions resulting from or arising out of, having used, adjusted, altered, handled, maintained or stored the engine other than as directed in the operator's manual or maintenance manuals and in any way that, in the judgment of Porsche Aviation, adversely affected the condition of the engine;

4. The engine incurred damage or malfunctions resulting from or arising out of the operation of the engine beyond factory recommendations such as, but not limited to, operating the engine in excess *(continued)*

Page 6

**Exclusions**  of the recommended rpm, temperature, manifold pressure, fuel flow or outside of other recommended system parameters.

This program applies only to the engine and to parts manufactured or supplied by Porsche Aviation and to the following accessories: alternator, starter, electronic ignition, control units, ignition coils, two fuel pumps and the fuel injection system. It does not apply to and nothing contained herein should be construed as applying to any part not manufactured or supplied by Porsche Aviation, including, by way of example but not limitation, any other accessories, fuel lines up to the engine compartment, cowling, oil tank, engine mount and exhaust system.

No person is authorized to assume any additional obligation or liability on behalf of Porsche Aviation. No agreement varying this agreement or Porsche Aviation's obligations under it will be binding upon Porsche Aviation unless in writing signed by a duly authorized representative of Porsche Aviation.

**Customer
Assistance**  Should you require any further information concerning this warranty, Cost Assurance Program, Guaranteed Exchange Remanufactured Engine Price program, or should you have any problems with your Porsche PFM 3200 engine, you should contact your nearest Porsche Aviation Service Center. Should there be an occasion where you need further assistance, you may want to contact Porsche Aviation Products directly and discuss your problem with a Product Support Specialist. To help you more effectively, please provide the Product Support Specialist with the following information:

• Your name, address and telephone number

• Aircraft Registration number

• Number of hours on the engine

• Service dealer's name and location

• Nature of complaint or problem

Porsche Aviation Products, Inc./RR #2 Box 118A Municipal Airport/ Galesburg, IL 6401/Telephone: (309) 342-0800

**Transfer of
Warranty
Coverage**  The Porsche Limited Warranty, Cost Assurance Program and the Guaranteed Exchange Remanufactured Engine Price program is automatically transferred without cost if the ownership of the engine changes within the prescribed period and the previous owner has complied with all the terms and conditions thereof. To keep the Customer Assurance Program in effect, the new owner must continue to comply with all the terms and conditions as specified.

Page 7

▼

# Guaranteed Exchange
# Remanufactured Engine Price

**Maintenance
Schedule**  The Porsche maintenance servicing schedule has been developed to give you maximum economy, safety, dependability and convenience from your PFM 3200 engine. The routine maintenance schedule listed below, shows you at which hours of engine operation specific maintenance is required.

## Routine Maintenance Servicing Schedule

| Work schedule | every 100 h | addit. every 500 h | addit. every 1000 h | addit. every 3 years | if necessary |
|---|---|---|---|---|---|
| 1. Engine condition; general visual Inspection | O (7.1) | | | | |
| 2. Spark plugs | ◇ (10.1) | | | | |
| 3. Valve clearance | ▢ (7.2) | | | | |
| 4. Pressure-loss test | O (7.2) | | | | |
| 5. Propeller attachment; blade play | O (7.9) | | | | |
| 6. Air filter | △ (8.3) | | | | |
| 7. Fuel filter | ▽ (8.2) | | | | |
| 8. Engine oil | ▽ (9.1) | | | | |
| 9. Engine oil filter | ▽ (9.2) | | | | |
| 10. Fan belts | ▀ (7.3) | | | ▽ | ▽ |
| 11. Alternator coupling | O (10.5) | | | | |
| 12. Battery | O (10.4) | | | | |
| 13. Engine functions | O | | | | |
| 14. Ignition distributor | | ⊥ (10.3) | | | |
| 15. Mixture control unit | | O (8.8) | | | |
| 16. Propeller shaft; axial play | | O (7.9) | | | |
| 17. Pressure regulator | | | O (8.4) | ◐ (8.4) | |
| 18. Torsional coupling | | | ▽ (7.8) | ▽ (7.8) | |
| 19. Cooling fan; fan-wheel bearings | | | O (7.12) | ◐ (7.12) | |
| 20. Cylinder heads | | | ● (s. C.J.) | | |
| 21. Pistons and cylinders | | | ● (s. C.J.) | | |
| 22. Voltage regulator | | | ▽ (10.6) | | |
| 23. Throttle valve operation | | | | | O (7.4) |
| 24. Idling speed | | | | | ▢ (7.5) |

**Legend:**

O   test  
▢   test; adjust  
◇   test; adjust; replace  
△   test; clean; replace  

▽   replace  
●   test; replace  
⊥   test & clean  
▀   test; replace if necessary  

*The engine must be overhauled by the manufacturer at 2000 hours of operation. The cylinder heads, pistons and cylinders must be inspected at 1000 hours of operation. (See Service Bulletin C.J.).*

*The numbers in brackets refer to the maintenance manual section describing the necessary procedures.*