

| | | |
|---|---|---|
| | **Airworthiness Directive 1998-436** | **Luftfahrt-Bundesamt** Airworthiness Directive Section Hermann-Blenk-Str. 26 38108 Braunschweig Federal Republic of Germany |

**Porsche**    Effective Date: 8 October 1998

**Affected:**
Kind of aeronautical product: Engine
Manufacturer: Dr.Ing.h.c. Porsche Aktiengesellschaft, Stuttgart, Germany
Type: PFM 3200 N
Models affected: PFM 3200 N01 and N03
Serial numbers affected: all
German Type Certificate No.: 4602

**Subject:**
Exchange of valve springs due to fatigue cracking.

**Reason:**
On Porsche aircraft engines type PFM 3200 N, broken valve springs have been established after an accumulation between 700 and 1000 operating hours. In one case a broken valve spring led to a complete engine failure in flight.
The actions specified by this AD are intended to prevent engine damages or an inflight engine failure.

**Action:**
The following actions are required by this Airworthiness Directive:

1. Based on the engine and / or aircraft logbook, the operating hours of the cylinder heads must be determined. In case that the operating hours cannot be established without any doubts the Porsche company must be contacted in order to clear up this problem and to get further instructions.
2. Engines with cylinder heads, which have less than 500 TSN (time since new) operating hours, can remain in service until 500 TSN are reached.
3. Engines with cylinder heads, which have more than 500 TSN, must be returned from service until the affected valve springs have been exchanged.

Note 1:  Ferry flights to repair stations on which the affected parts can be exchanged are only permitted after agreement by the local authority.

Note 2:  The exchange of the affected valve springs can only be carried out by personnel authorised by Porsche company.

**Compliance:**
The necessary actions must be carried out before the next flight.

**Technical publication of the manufacturer:**
Porsche PFM 3200 Service Bulletin SB No.. N/105-36 dated 8 October 1998. This Service Bulletin becomes herewith part of this AD and can be obtained from:

Dr.Ing.h.c. Porsche Aktiengesellschaft
Attn. Mr. D.Koenigsmann
Postfach
70432 Stuttgart
Fax +49 (0) 711 911 6904
Phone +49 (0) 711 911 6310



EXHIBIT B

Enquiries regarding this Airworthiness Directive should be referred to Mr. Martin Borsum, Airworthiness Directive Section at the above address, fax-no. 0049 531/2355-254. Please note, that in case of any difficulty, reference should be made to the German issue!