COMMONWEALTH OF AUSTRALIA
CIVIL AVIATION SAFETY AUTHORITY
SCHEDULE OF AIRWORTHINESS DIRECTIVES

*(Civil Aviation Regulations 1998)*, PART 39 - 106

Porsche Piston Engines

### AD/PORSCHE/3        Valve Springs        13/98 TX

**Applicability:** Porsche PFM 3200 N01 and N03 engines.

**Requirement:** To address a report of a broken valve spring resulting in a complete engine failure:

A: By reviewing engine records, determine the operating hours of the cylinder heads, and

B: in accordance with the instructions detailed in Porsche PFM 3200 Service Bulletin Number N/105-036, replace engine valve springs installed in cylinder heads which have a time in service greater than 500 hours.

*Note: German LBA Airworthiness Directive AD 1998-436 refers.*

**Compliance:** Unless previously accomplished; before further flight.

This Airworthiness Directive becomes effective on 19 October 1998.

**Background:** This directive has been issued to require the replacement of cylinder head valve springs which have been in service for greater than 500 hours. The requirement reflects a report of an engine failure in flight which resulted from a broken valve spring.

