# PORSCHE

Dr.Ing.h.c.F.PORSCHE AKTIENGESELLSCHAFT 70432 STUTTGART

# *PFM 3200*

## SERVICE BULLETIN

SB No. N/105 - 036
Date: October 8, 1998

| | |
|---|---|
| SUBJECT: | Change of valve springs in the cylinder head. |
| EFFECTIVITY: | All aircraft equipped with PFM 3200 N01 and N03 engines. |
| COMPLETE: | Prior to next flight. |
| REASON: | On Porsche engines PFM 3200, broken valve springs had been established at operating time between 700 and 1000 hours. In one case the broken valve spring resulted in a complete engine failure. Immediately, all PFM 3200 engines with cylinder heads that have 500 hours of operation or more, will have all valve springs replaced with factory new. Once these valve springs have been replaced with new, the cylinder head may be operated until the next scheduled inspection at 900 respectively 1000 operating hours. ( Refer also to SB No. N/100-034, dated July 20, 1995). |
| | Porsche AG will announce at a later date the availability of a new and improved valve spring. At that time Porsche will introduce the new style valve spring on all PFM engines. |
| INSTRUCTIONS: | 1. Based on the engine and/or aircraft logbook, the operating time of the cylinder heads must be determined (last 900/1000 hours inspection or engine change). |
| | 2. If the operation time of the cylinder heads is less than 500 hrs, the engines may be operated until 500 hrs will be reached. |
| | 3. If the hours of operation of the cylinder heads and valve springs have exceeded 500 hours of operation, the valve springs will be replaced immediately. At this time, the available replacement valve springs will be of the old design. |
| | 4. At this time a new valve spring assembly is being developed by Porsche. When the new design valve spring becomes available, Porsche will be installing it on all PFM engines. |

SB N/105-036
Page 1 of 3

EXHIBIT E

# PORSCHE

|  |  |
|---|---|
| INSTRUCTION for the REPLACEMENT of VALVE SPRINGS: | 1. Remove valve box cover |

1. Remove valve box cover

2. Remove upper spark plug

3. Position the piston, of the cylinder to be worked on, to the compression stroke on TDC (top dead center).

4. Connect leak test equipment (blowing into combustion chamber to keep valves in place).

5. Remove rocker arms, inlet and outlet side

6. With Porsche valve spring tool, No. PFM/S01 (Inlet valves), PFM/S02 (Outlet valves), remove the valve spring Package. (Inner and outer springs, as well as upper and lower spring retainers).

7. Install the new valve springs with Porsche valve spring tool, No. PFM/S01 and PFM/S02. Use Porsche tool PFM/S03 for determination of package installation length.

8. Re install rocker arms

9. Adjust valve clearance in accordance with PFM 3200 Maintenance Manual.

10. Disconnect leak test equipment

11. Re install spark plug. Torque according to Maintenance Manual.

12. Continue to change valve spring packages on all cylinders according to item 2. - 11.

13. Re install valve box cover with new sealing

14. Perform engine ground run. Check for oil leakage

Remark:
Item 1. to 5. will be carried out according to Maintenance Manuel PFM 3200 (Issue May, 1993).
Item 6. and 7. according to Porsche's special instruction for this Service Bulletin.

MATERIAL: Complete set of valve springs (inner and outer), upper and lower valve spring retainer and sealing for valve box cover.

WEIGHT & BALLANCE: No influence.

# PORSCHE

**REMARKS:**
1. The replacement of the valve springs can only be carried out by Porsche's Service Department. The organization of the execution will be agreed upon with the aircraft owners.
Please contact for USA and Australia
   Porsche Aviation Products, Inc.
   Mr. Gary Butcher via Phone: (702) 329-3937 or
   Fax: (702) 329-0426

2. In Europe contact
   Mr. D. Königsmann at Porsche Stuttgart
   Phone: 049 (0) 711 911 6310
   Fax: 049 (0) 711 911 6904

3. The material and tools necessary for this SB will be provided by Porsche's Service Department.

4. Ferry flight to the next maintenance shop is agreed.

**APPROVAL:** This Service Bulletin is approved in accordance with the procedures of the LBA approved development organization I - EC 29.

Heiner Neumann
Porsche Certification Manager