

| Search Index Home | Porsche Philosophy | Porsche History | Investor Relations | Annual Report | Porsche Zuffenhausen | Porsche Leipzig GmbH | Services | Jobs & Careers |



Other Countries

## The Porsche aircraft engine PFM 3200 was developed and built for people who don't want to see technology - they want to feel it.

News & Events

911

Boxster

Cayenne

Carrera GT

Classic & Lifestyle & Accessories

Pre-owned Vehicles

Build Your Porsche

Owner Services

Find A Dealer

Financial Services

About Porsche

Motorsports

Porsche Clubs

Entertainment

Dialog

 

**R. Sprenger**
Managing Director
of Aviation

**W. Streufert**
Production Manager, Assistant
Managing Director of Aviation

**Our team guarantees expert consulting and customer service.**

 

**Aircraft Engine Service**
Customer Service (Werk I)
Porscheplatz 1
D-70435 Stuttgart
Tel.: +49 (0) 711-911-6310
Fax: +49 (0) 711-911-6089

**Your consultant:**
Mr. D. Königsmann
Tel.: -6310

**Business hours:**
Monday - Friday  8:00-5:00 Uhr

**Aircraft Engine Service USA**
Porsche Aviation Products Inc.
1600 Holcomb Ave.
Reno, NV 89502
Tel.: 001-702 329 3937
Fax: 001-702 329 7634

**Your consultant:**
Mr. Gary Butcher

**Business hours:**
Monday - Friday  8:00-5:00
Pacific Standard Time

© 2004 Porsche Cars North America, Inc. Legal notice. Privacy policy.



EXHIBIT
F