# PFM Mooney

**Product Specifications**

### Trophy PFM



Trophy PFM will be equipped with the most advanced engine and avionics technology available today. The remanufactured aircraft will sell for $229,000- $310,000.
Compare to a
1998 Ovation or 1997 Bonanza

### Refurbishing Package



Your M20L PFM will be remanufactured into a Trophy PFM following Mod Works Phoenix formula with:

Engine Conversion

New Avionics Suite

Custom Paint

Luxurious leather interior

Extensive Depot level Maintenance program

### PFM Engine conversion



Phoenix Formula Mooney Engine Conversion Firewall forward conversion with a factory new IO-550 engine, new exhaust, cowling, motor mount, and all accessories, new propeller, new seat upholstery, carpets and VM-1000 engine management system

$51,217* with FADEC

$48,500* w/o FADEC

* After Porsche engine purchase credit



EXHIBIT

# Trophy PFM Conversion – Mooney M20L
## Specifications

**Trophy PFM Conversion**

The Mod Works Trophy PFM conversion was developed to revitalize the Mooney M20L airframe by installing the latest technology engine available today! The Porsche Fired Mooney (PFM) has proven to be a solid and reliable airframe leading Mooney to develop the TLS, Ovation and Eagle on it's platform. As a result of the Porsche withdraw from the aviation marketplace, Mod Works has engineered a new engine solution for the aircraft. A detailed evaluation process resulted in selection of the TCM IO-550 as the best engine available for this conversion.

|   | Porsche Powered | Trophy PFM Conversion TCM IO-550 |
|---|---|---|
| Cruise Speed | 168 KTAS at 8,000 ft. | 186 KTAS at 8,000 ft. |
| Rate of Climb (sea level) | 1,033 fpm | 1,240 fpm |
| Max Range/Endurance (best power/with reserves) | 819 nm at 8,000 ft. 5 hours | 813 nm at 12,000 ft. 5.5 hours |
| Max Range/Endurance (best economy/with reserves) | 1,200 nm at 10,000 ft. 7 hours | 1,240 nm at 9,000 ft. 7.5 hours |
| Service Ceiling | 18,500 ft. (5,639 m) | 20,000 ft. (6,096 m) |
| Engine | Continental IO-550-G | Continental IO-550-G |
| Horsepower | 240 MCP | 280 MCP |
| TBO | 2,000 hours | 2,000 hours |
| Fuel Capacity (usable) | 75 gal. (284 litres) | 89 gal. (337 litres) |
| Gross Weight | 3,300 lbs. (1,497 kg) | 3,368 lbs. (1,528 kg) |
| Approximate Useful Load | 1,100 lbs. (499 kg) | 1,143 lbs. (519 kg) |
| Basic Empty Weight | 2,200 lbs. (998 kg) | 2,225 lbs. (1,009 kg) |
| Wing Span | 36'1" (11m) | 36'1" (11m) |
| Height | 8'4" (2.54 m) | 8'4" (2.54 m) |
| Length | 26'9" (8.15 m) | 26'9" (8.15 m) |
| Wing Loading | 18.9 lbs/sq ft. | 19.3 lbs/sq ft. (94.3 kg/m$^2$) |
| Power Loading | 13.5 lbs/hp | 12 lbs/hp (5.46 kg/hp) |
| Warranty | 2 years | 2 years |

**Mod Works, Inc.**

8250 Skylane Way
Punta Gorda, FL 33982
Telephone 941.637.6770
Facsimile 941.637.9628