

**U.S. Department of Transportation**
**Federal Aviation Administration**

Small Airplane Directorate
Aircraft Certification Office
1895 Phoenix Boulevard
One Crown Center, Suite 450
Atlanta, Georgia 30349

JUN 20 2003

Mr. Tim Coons
Mod Works Engineering, Inc.
8250 Skylane Way
Punta Gorda, FL 33982

Dear Mr. Coons:

All necessary tests and inspections pertaining to your application for a Supplemental Type Certificate (STC) converting the Mooney M20L to essentially a M20R have been satisfactorily completed. Accordingly, we are enclosing Supplemental Type Certificate (STC) No. SA02624AT which authorizes this modification for use on the Mooney M20L model aircraft. This STC is official FAA approval of your modification and may be used to authorize identical modifications on other airplanes of the same model, subject to the limitations noted on the certificate. If you, the holder of the STC, agree to permit another person to use this certificate to alter the product, you must give the other person written evidence of permission. The STC may be transferred or otherwise made available to another party by means of a licensee arrangement in accordance with 14 CFR part 21, section 21.47. You are required to advise this office within 30 days after transfer when you transfer or grant licensee rights to the STC in order that we may take the necessary recording or reissuance action.

As recipient of this approval, except as provided in 14 CFR part 21, section 21.3(d), you are required to report any failure, malfunction, or defect in any product or part manufactured by you that you have determined has resulted or could result in any of the occurrences listed in 14 CFR part 21, section 21.3(c). The report should be communicated initially by telephone to the Manager, Atlanta Aircraft Certification Office, telephone number (770) 703-6035, within 24 hours after it has been determined that the failure has occurred. In addition, written notification to the Certification Office, at the above address is required. FAA Form 8014-4 (Malfunction or Defect Report) or any other appropriate format is acceptable in transmitting the required details.

You are also reminded that your responsibilities as a STC holder are defined in 14 CFR part 21, Certification Procedures for Products and Parts. These responsibilities include the requirement that you maintain, in your possession, the technical data that substantiated the approval and that you are able to provide continuing airworthiness responsibility for the engines modified under this STC.



EXHIBIT
H

2

Additionally, you are reminded that if you manufacture modification or replacement parts for sale, then you must pursue a Parts Manufacturer Approval (PMA) in accordance with 14 CFR part 21, Section 21.303.

Sincerely,

*Jerry Robinette*

for Melvin D. Taylor
Manager
Atlanta Aircraft Certification Office

Enclosures