

## EASA Certification Information

No.: 2007-08
Issued: 26 October 2007

| | |
|---|---|
| **Subject:** | **Surrender of Porsche engine Type Certificates** |
| **Type Certificate No:** | L-4502, 4602 and 4609 |
| **Issue date:** | 10.04 1958 (L-4502), 29.04.1986 (4602) and 23.12.1988 (4609) |
| **Issued by:** | Luftfahrt - Bundesamt, Germany |
| **Holder of the Certificate:** | Dr. Ing. h.c.F. Porsche AG, Porschestrasse, D-71287 Weissach |
| **Background:** | Porsche AG, the current Holder of type approval for 678/1 B, 678/1 M, 678/0 B, 678/0 M, 678/3, 678/3A, 678/4, PFM 3200 N01, PFM 3200 N02, PFM 3200 N03, PFM 3200 N00 and PFM 3200 T03 engines has requested to surrender its Type Certificates to EASA. |

EASA hereby asks you to communicate the aforementioned request to any natural or legal person to which this surrender could be of direct and individual concern as well as to other possible interested persons. When doing so, EASA also asks you to inform them about the possibility until 05 December 2007 to comment and/or to express their will to take over the ownership of the aforementioned type certificate upon surrender and after showing competence to fulfil the necessary obligations of a TC Holder in accordance with the applicable rules.

A list of the direct and individual concerned and other possible interested persons should be sent to EASA.

After satisfactory evaluation of the request taking into account the comments received, EASA will accept the aforementioned surrender and take the decision to revoke the TC of reference in accordance with the applicable EASA administrative procedures.

**Contact:** Any request, query or comment shall be sent to:

European Aviation Safety Agency
Attn. Mrs. Susanne Blischke
Postfach 10 11 53
D – 50452 Köln
E-Mail: certification.information@easa.europa.eu

